**Greg MUNGER, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. ED 98283.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 13, 2012.

Greg Munger, Marthasville, MO, pro se.

Robert A. Bedell, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## ORDER

PER CURIAM.

The claimant, Greg Munger, appeals the decision of the Labor and Industrial Relations Commission determining that he received an overpayment of $154 in unemployment compensation benefits. We affirm.

An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the Commission's decision. Rule 84.16(b)(4).